IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CIVIL CASE NO. 3:09cv282**

| | |
|---|---|
| LIZABETH RUBA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZIMMER HOLDINGS, INC., )<br>)<br>Defendant. )<br>)<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Court has reviewed the Complaint filed in this case and notes that, through a clerical error, this matter was inadvertently filed in the Western District of North Carolina, Charlotte Division, and should have been filed in the Eastern District of North Carolina, Raleigh Division.

Accordingly, **IT IS, THEREFORE, ORDERED** that this matter is hereby **TRANSFERRED** from the United States District Court for the Western District of North Carolina, Charlotte Division, to the United States District Court for the

Eastern District of North Carolina, Raleigh Division, pursuant to 28 U.S.C. § 1406, for such further proceedings as that Court may deem appropriate.

**IT IS SO ORDERED**.

Signed: July 16, 2009

Lacy H. Thornburg
United States District Judge